Kenneth P. Hsu (SBN 306326)
khsu@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Thomas R. Waskom (*pro hac vice*)
twaskom@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

Samuel A. Danon (*pro hac Vice*)
sdanon@HuntonAK.com
Armando Cordoves, Jr. (*pro hac vice*)
acordoves@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (395) 810-2500
Facsimile: (395) 810-2460

Attorneys for Defendants

Marc L. Godino (SBN 182689)
mgodino@glancylaw.com
Danielle L. Manning (SBN 313272)
dmanning@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Kevin Landau (admitted *pro hac vice*)
klandau@tcllaw.com
Miles Greaves (admitted *pro hac vice*)
mgreaves@tcllaw.com
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KESKINEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDGEWELL PERSONAL CARE CO.; EDGEWELL PERSONAL CARE, LLC; EDGEWELL PERSONAL CARE BRANDS, LLC; PLAYTEX PRODUCTS, LLC; AND SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 2:17-cv-07721-AB(PJWx)<br><br>**ORDER GRANTING STIPULATED ELECTRONICALLY STORED INFORMATION PROTOCOL** |

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, the Parties' Stipulated Electronically Stored Information Protocol is hereby granted.

**IT IS SO ORDERED.**

DATED: January 25, 2019

*Patrick J. Walsh*

Judge Patrick J. Walsh
United States Magistrate Judge

**[PROPOSED] ORDER**