**GLANCY PRONGAY & MURRAY LLP**
Marc L. Godino (SBN 182689)
mgodino@glancylaw.com
Danielle L. Manning (SBN 313272)
dmanning@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**HUNTON ANDREWS KURTH LLP**
Kenneth P. Hsu (SBN 306326)
khsu@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KELLY KESKINEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDGEWELL PERSONAL CARE CO.; EDGEWELL PERSONAL CARE, LLC; EDGEWELL PERSONAL CARE BRANDS, LLC; PLAYTEX PRODUCTS, LLC; and SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | CASE NO.:  2:17-CV-07721-PSG-PJW<br><br>**NOTICE OF PROPOSED SETTLEMENT** |

Plaintiff Kelly Keskinen and Defendants Edgewell Personal Care Co., Edgewell Personal Care, LLC, Edgewell Personal Care Brands, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, by and through their respective counsel of record, anticipate having a fully executed settlement agreement in this action within the next fourteen days.

In the meantime, the parties jointly request that the Court vacate the May 14, 2019 deadline for Plaintiff to file her Motion for Class Certification so that the parties can focus on finalizing a potential settlement of this action. Accordingly, vacating the deadline for plaintiff's Motion for Class Certification deadline will promote both judicial economy and the orderly progression and resolution of the case.


Dated: May 13, 2019                     **GLANCY PRONGAY & MURRAY LLP**

                                        By: s/ Marc L. Godino
                                        Marc L. Godino
                                        Kevin Landau
                                        Danielle L. Manning

                                        Attorneys for Plaintiff
                                        KELLY KESKINEN


Dated: May 13, 2019                     **HUNTON ANDREWS KURTH LLP**
                                        By: /s/ Kenneth P. Hsu
                                        Kenneth P. Hsu

                                        Attorney for Defendants
                                        EDGEWELL PERSONAL CARE
                                        COMPANY; EDGEWELL PERSONAL
                                        CARE, LLC; EDGEWELL PERSONAL
                                        CARE BRANDS, LLC; PLAYTEX
                                        PRODUCTS, LLC; and SUN
                                        PHARMACEUTICALS, LLC

1

1

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

2

3       Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories to this
document concur in its content and have authorized this filing.

4

Dated:  May 13, 2019                          By:  /s/ Marc L. Godino

5                                                     Marc L. Godino

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF PROPOSED SETTLEMENT

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 13, 2019, I served true and correct copies of the following document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 13, 2019, at Los Angeles, California.

<u>*s/ Marc L. Godino*</u>
Marc L. Godino