1  Marc L. Godino (SBN 182689)
   mgodino@glancylaw.com
2  Danielle L. Manning (SBN 313272)
3  dmanning@glancylaw.com
   Glancy Prongay & Murray LLP
4  1925 Century Park East, Suite 2100
5  Los Angeles, CA 90067
   Telephone: (310) 201-9150
6  Facsimile: (310) 201-9160
7
   *Attorneys for Plaintiff*
8
9  Jason J. Kim (SBN 221476)
   kimj@HuntonAK.com
10 Hunton Andrews Kurth LLP
11 550 South Hope Street, Suite 2000
   Los Angeles, CA  90071-2627
12 Telephone: (213) 532-2000
13 Facsimile: (213) 532-2020

14 *Attorneys for Defendants*

15 [Additional Counsel on Signature Page]

16              **UNITED STATES DISTRICT COURT**
17              **CENTRAL DISTRICT OF CALIFORNIA**
                **WESTERN DIVISION**
18

| | |
|---|---|
| 19 KELLY KESKINEN, on behalf of herself and all others similarly situated, | Case No. 2:17-CV-07721-PSG-PJW |
| 20 | |
| 21          Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 22     v. | **[F.R. CIV. P. 41(A)(1)(A)(II)]** |
| 23 EDGEWELL PERSONAL CARE CO.; | Complaint Filed: Oct. 23, 2017 |
| 24 EDGEWELL PERSONAL CARE, LLC; | |
| 25 EDGEWELL PERSONAL CARE BRANDS, LLC; PLAYTEX | |
| 26 PRODUCTS, LLC; and SUN | |
| 27 PHARMACEUTICALS, LLC, | |
| 28          Defendants. | |

STIPULATION FOR DISMISSAL

1

**IT IS HEREBY STIPULATED**, by and among plaintiff Kelly Keskinen,

2 and defendants Edgewell Personal Care Co.; Edgewell Personal Care, LLC;

3 Edgewell Personal Care Brands, LLC; Playtex Products, LLC; and Sun

4 Pharmaceuticals, LLC, by and through their undersigned counsel, that pursuant to

5 Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is

6 hereby dismissed without prejudice as to the class claims and with prejudice as to

7 plaintiffs' individual claims.

8       Pursuant to rule 41(a)(2), this stipulated dismissal will be effective

9 immediately upon filing without the need for a Court order.

10

11 Dated: June 21, 2019                 **GLANCY PRONGAY & MURRAY LLP**

12                                   By: /s/ *Marc L. Godino*

13                                   Marc L. Godino (SBN 182689)
mgodino@glancylaw.com

14                                   Danielle L. Manning (SBN 313272)
dmanning@glancylaw.com

15                                   1925 Century Park East, Suite 2100

16                                   Los Angeles, CA 90067
Telephone: (310) 201-9150

17                                   Facsimile:  (310) 201-9160

18

19                                  **TAUS, CEBULASH & LANDAU, LLP**
Kevin Landau (admitted pro hac vice)

20                                   klandau@tcllaw.com

21                                   Brett Cebulash (admitted pro hac vice)
bcebulash@tcllaw.com

22                                   Miles Greaves (admitted pro hac vice)
mgreaves@tcllaw.com

23                                   80 Maiden Lane, Suite 1204

24                                   New York, NY 10038
Telephone: (646) 873-7654

25                                   Facsimile: (212) 931-0703

26

27                                   *Attorneys for Plaintiff Kelly Keskinen*

28

1

STIPULATION FOR DISMISSAL

1 │ Dated: June 21, 2019

**HUNTON ANDREWS KURTH LLP**

2

By: /s/ *Jason J. Kim*

3

Jason J. Kim (SBN 221476)
kimj@HuntonAK.com

4

550 South Hope Street, Suite 2000
Los Angeles, California  90071-2627

5

Telephone: (213) 532-2000

6

Facsimile:  (213) 532-2020

7

**HUNTON ANDREWS KURTH LLP**

8

Thomas R. Waskom (pro hac vice)
twaskom@HuntonAK.com

9

Riverfront Plaza, East Tower

10

951 East Byrd Street
Richmond, Virginia 23219-4074

11

Telephone: (804) 788-8200

12

Facsimile: (804) 788-8218

13

**HUNTON ANDREWS KURTH LLP**

14

Samuel A. Danon (pro hac Vice)
sdanon@HuntonAK.com

15

Armando Cordoves, Jr. (pro hac vice)
acordoves@HuntonAK.com

16

1111 Brickell Avenue, Suite 2500

17

Miami, Florida  33131
Telephone: (395) 810-2500

18

Facsimile: (395) 810-2460

19

20

*Attorneys for Defendants Edgewell*

21

*Personal Care Company; Edgewell*
*Personal Care, LLC; Edgewell Personal*

22

*Care Brands, LLC; Playtex Products, LLC;*
*and Sun Pharmaceuticals, LLC*

23

24

**<u>ATTESTATION</u>**

25

    I hereby attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

26

27 │ Dated:  June 21, 2019

By:  s/ *Marc L. Godino*

28

Marc L. Godino

---

2

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On June 21, 2019, I served true and correct copies of the following document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 21, 2019, at Los Angeles, California.

*s/ Marc L. Godino*
Marc L. Godino