

1 | Marc L. Godino (SBN 182689)
2 | mgodino@glancylaw.com
  | Danielle L. Manning (SBN 313272)
3 | dmanning@glancylaw.com
4 | Glancy Prongay & Murray LLP
  | 1925 Century Park East, Suite 2100
5 | Los Angeles, CA 90067
  | Telephone: (310) 201-9150
6 | Facsimile: (310) 201-9160
7
  | *Attorneys for Plaintiff*
8
9 | Jason J. Kim (SBN 221476)
  | kimj@HuntonAK.com
10 | Hunton Andrews Kurth LLP
11 | 550 South Hope Street, Suite 2000
   | Los Angeles, CA 90071-2627
12 | Telephone: (213) 532-2000
13 | Facsimile: (213) 532-2020
14 | *Attorneys for Defendants*
15 | [Additional Counsel on Signature Page]

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KELLY KESKINEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDGEWELL PERSONAL CARE CO.; EDGEWELL PERSONAL CARE, LLC; EDGEWELL PERSONAL CARE BRANDS, LLC; PLAYTEX PRODUCTS, LLC; and SUN PHARMACEUTICALS, LLC,<br><br>Defendants. | Case No. 2:17-CV-07721-PSG-PJW<br><br>**ORDER RE:**<br>**STIPULATION FOR DISMISSAL**<br>**[F.R. CIV. P. 41(A)(1)(A)(II)]**<br><br>Complaint Filed: Oct. 23, 2017 |

STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED**, by and among plaintiff Kelly Keskinen, and defendants Edgewell Personal Care Co.; Edgewell Personal Care, LLC; Edgewell Personal Care Brands, LLC; Playtex Products, LLC; and Sun Pharmaceuticals, LLC, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed without prejudice as to the class claims and with prejudice as to plaintiffs' individual claims.

Pursuant to rule 41(a)(2), this stipulated dismissal will be effective immediately upon filing without the need for a Court order.

Dated: June 21, 2019

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ *Marc L. Godino*
Marc L. Godino (SBN 182689)
mgodino@glancylaw.com
Danielle L. Manning (SBN 313272)
dmanning@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**TAUS, CEBULASH & LANDAU, LLP**
Kevin Landau (admitted pro hac vice)
klandau@tcllaw.com
Brett Cebulash (admitted pro hac vice)
bcebulash@tcllaw.com
Miles Greaves (admitted pro hac vice)
mgreaves@tcllaw.com
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703

*Attorneys for Plaintiff Kelly Keskinen*

| | | |
|---|---|---|
| 1 | Dated: June 21, 2019 | **HUNTON ANDREWS KURTH LLP** |
| 2 | | By: /s/ *Jason J. Kim* |
| 3 | | Jason J. Kim (SBN 221476) |
| | | kimj@HuntonAK.com |
| 4 | | 550 South Hope Street, Suite 2000 |
| 5 | | Los Angeles, California 90071-2627 |
| | | Telephone: (213) 532-2000 |
| 6 | | Facsimile: (213) 532-2020 |
| 7 | | |
| | | **HUNTON ANDREWS KURTH LLP** |
| 8 | | Thomas R. Waskom (pro hac vice) |
| 9 | | twaskom@HuntonAK.com |
| | | Riverfront Plaza, East Tower |
| 10 | | 951 East Byrd Street |
| 11 | | Richmond, Virginia 23219-4074 |
| | | Telephone: (804) 788-8200 |
| 12 | | Facsimile: (804) 788-8218 |
| 13 | | |
| | | **HUNTON ANDREWS KURTH LLP** |
| 14 | | Samuel A. Danon (pro hac Vice) |
| 15 | | sdanon@HuntonAK.com |
| | | Armando Cordoves, Jr. (pro hac vice) |
| 16 | | acordoves@HuntonAK.com |
| 17 | | 1111 Brickell Avenue, Suite 2500 |
| | | Miami, Florida 33131 |
| 18 | | Telephone: (395) 810-2500 |
| 19 | | Facsimile: (395) 810-2460 |
| 20 | IT IS SO ORDERED | *Attorneys for Defendants Edgewell* |
| 21 | Dated 7/8/19 | *Personal Care Company; Edgewell* |
| | | *Personal Care, LLC; Edgewell Personal* |
| 22 | [signature] | *Care Brands, LLC; Playtex Products, LLC;* |
| 23 | United States District Judge | *and Sun Pharmaceuticals, LLC* |

**ATTESTATION**

I hereby attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: June 21, 2019

By: s/ *Marc L. Godino*
Marc L. Godino

2
STIPULATION FOR DISMISSAL